IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FAYE BLACK and JEANNINE TOLSON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendants. | Case No. 6:23-cv-01218-EFM-ADM |

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S INDEX OF EXHIBITS IN SUPPORT OF ITS MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT WITNESSES PRESENTED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant Union Pacific Railroad Company, for its Index of Exhibits in support of its Motion to Exclude Opinions of Plaintiffs' Expert Witnesses Presented in Support of Plaintiffs' Motion for Class Certification, provides the following:

**Exhibit 1:** Plaintiffs' Supplemental Initial Disclosures

**Exhibit 2:** Expert Report of Frank S. Anastasi, P.G.

**Exhibit 3:** Deposition Transcript of Frank S. Anastasi, P.G.

**Exhibit 4:** Expert Report of Thomas E. Hatton

**Exhibit 5:** Deposition Transcript of Thomas E. Hatton

**Exhibit 6:** Expert Report of Dr. Mark Kram

**Exhibit 7:** Deposition Transcript of Dr. Mark Kram

**Exhibit 8:** Excerpts of the Expert Report of Dr. W. Richard Laton

**Exhibit 9:** Deposition Transcript of Dr. W. Richard Laton

**Exhibit 10:** Expert Report of Dr. Jeffrey E. Zabel

**Exhibit 11:** Deposition Transcript of Dr. Jeffrey E. Zabel

**Exhibit 12:** Deposition Transcript of Brook Glasrud

**Exhibit 13:** Kansas Department of Health and Environment ("KDHE") Consent Order, Case No. 01-E-0191 (2002)

**Exhibit 14:** KDHE Amended Consent Order, Case No. 01-E-0191 (2023)

**Exhibit 15:** KDHE RSK Manual, 6th Version (2021)

**Exhibit 16:** KDHE Vapor Intrusion Guidance (2016)

**Exhibit 17:** U.S. EPA OSWER Technical Guide for Assessing and Mitigating the Vapor Intrusion Pathway from Subsurface Vapor Sources to Indoor Air (2015)

**Exhibit 18:** Arcadis Vapor Intrusion Re-Evaluation Work Plan (Sept. 15, 2023)

**Exhibit 19:** Simons and Saginor, "A Meta-Analysis of the Effect of Environmental Contamination and Positive Amenities on Residential Real Estate Values"

**Exhibit 20:** Braden et al., "Waste Sites and Property Values: A Meta-Analysis"

**Exhibit 21:** Lipscomb et al., "Do Survey Results Systematically Differ from Hedonic Regression Results? Evidence from a Residential Property Meta-Analysis"

**Exhibit 22:** Schütt, "Systematic Variation in Waste Site Effects on Residential Property Values: A Meta-Regression Analysis and Benefit Transfer"

**Exhibit 23:** Kiel and Zabel, "Estimating the Economic Benefits of Cleaning up Superfund Sites: The Case of Woburn, Massachusetts" ("Woburn Study")

**Exhibit 24:** Zabel and Guignet, "A Hedonic Analysis of the Impact of LUST Sites on House Prices in Frederick, Baltimore, and Baltimore City Counties" ("Maryland Study")

**Exhibit 25:** Dotzour, "Groundwater Contamination and Residential Property Values"

Dated: September 30, 2025                        Respectfully submitted,

                                                 KNIGHT NICASTRO MACKAY, LLC

                                                 By: /s/ Erik H. Nelson
                                                      Erik H. Nelson

>Kansas Bar No. 24909
>nelson@knightnicastro.com
>304 W. 10th Street
>Kansas City, MO 64105
>(816) 396-0161
>(816) 396-6233 (fax)
>
>BAKER BOTTS L.L.P.
>
>>Kevin T. Jacobs (lead attorney)
>>Texas Bar No. 24012893
>>kevin.jacobs@bakerbotts.com
>>Hannah Roskey
>>Texas Bar No. 24118237
>>hannah.roskey@bakerbotts.com
>>910 Louisiana Street
>>Houston, Texas 77002
>>(713) 229-1947
>>(713) 229-7847 (fax)
>
>BAKER BOTTS L.L.P.
>
>>Kent Mayo (lead attorney)
>>Washington, D.C. Bar No. 452842
>>kent.mayo@bakerbotts.com
>>Martha Thomsen
>>Washington, D.C. Bar No. 1016402
>>martha.thomsen@bakerbotts.com
>>700 K Street, N.W.
>>Washington, D.C. 20001
>>(202) 639-7700
>>(202) 639-7890 (fax)
>
>SHOOK, HARDY & BACON LLP
>
>>Robert R. Simpson
>>Connecticut Bar No. 409048
>>rsimpson@shb.com
>>City Place I
>>Hartford, CT 06103
>>(850) 515-8901
>>(850) 515-8911 (fax)
>
>***Attorneys for Defendant***
>***Union Pacific Railroad Company***

4

## **CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of September, 2025, I caused a copy of the foregoing to be served upon all parties via email.

<i>Erik H. Nelson</i><br>
Erik H. Nelson