UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 14, 2026

Sophie Gray
Patrick M. Judd
Phelps Dunbar
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

James Alan Harrell
Steven Levine
Phelps Dunbar
400 Convention Street, Suite 1100
II City Plaza
Baton Rouge, LA 70802

Erik H. Nelson
Knight MacKay Morrow
4510 Belleview Avenue, Suite 300
Kansas City, MO 64111

Hannah Roskey
Baker Botts
One Shell Plaza
910 Louisiana Street, Suite 3630
Houston, TX 77002-4995

Robert R Simpson
Shook, Hardy & Bacon
185 Asylum Street, City Place, 37th Floor
Hartford, CT 06103

**RE: 26-603, Union Pacific Railroad Company v. Black, et al**
Dist/Ag docket: 6:23-CV-01218-EFM-GEB

Dear Counsel:

The court has received and docketed a petition for permission to appeal. Please note the case number above. In addition, please note the following requirements:

**Entries of Appearance.** All parties represented by counsel must file an entry of appearance **within 14 days** of the date of this letter. *See* 10th Cir. R. 46.1(A) and (D). All attorneys representing the same party should sign and file a single entry of appearance form. Any attorney who does not enter an appearance by this deadline will be removed from the service list for this case.

**Disclosure Statement.** All entities represented by counsel must file a Federal Rule of Appellate Procedure 26.1 disclosure statement **within 14 days** of the date of this letter. *See* 10th Cir. R. 26.1(A). A disclosure statement must be filed even if there is nothing to disclose. Disclosure statements must be updated promptly as necessary. 10th Cir. R. 26.1(C).

**Answer.** Any answer to the petition must be filed **within 10 days** after the petition is served. *See* Fed. R. App. P. 5(b)(2).

You will be notified when the court takes action on this matter.

Please contact this office if you have questions.

Sincerely,



Christopher M. Wolpert
Clerk of Court

cc: William W. Cowles
Greg A. Drumright
Ryan D. Ellis
William Rick Griffin
Zachary Alexander Kelsay
Ari Kresch
Jared James Lenz
Jonathan B. Nace
Christopher T. Nidel
Elisabeth May Wilder

CMW/sls